# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00623-CR

**Marcos Granados, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 4  OF TRAVIS COUNTY
### NO. C-1-CR-08-501615, HONORABLE MIKE DENTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

After Marcos Granados perfected this appeal from a conviction for family violence assault, the trial court granted his motion for new trial.  We are advised that the State did not appeal the order granting a new trial.  This appeal is dismissed as moot.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed

Filed:   November 18, 2009

Do Not Publish